IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT MILLER,

    Defendant.

Case No. 3:14cr155(1)

JUDGE WALTER H. RICE

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RECOMMENDATIONS TO BUREAU OF PRISONS ARE IDENTICAL WITH THOSE RECOMMENDED IN CASE NO. 3:19CR128; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT ORALLY INDICATED AN UNDERSTANDING OF SAME; TERMINATION ENTRY

On December 10, 2019, the Defendant, having previously been found in violation of his Supervised Release, which began October 11, 2016, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid December 10, 2019, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 12 months, to be served consecutively to the 60-month sentence imposed on December 10, 2019, in Case No. 3:19cr128. There will be no period of Supervised Release to follow the 12-month sentence imposed herein.

Recommendations to the Bureau of Prisons are the same as those recommended in Case No. 3:19cr128.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 2, 2020

*WALTER H. RICE*
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record